**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

IN RE:  CASE NO: 08-30192
 CHAPTER 7
   HAYDEN, DELBERT
   HAYDEN, PATRICIA
      Debtor(s)
_____/

**NOTICE OF PAYMENT OF UNCLAIMED
FUNDS PURSUANT TO 11 U.S.C. § 347**

Trustee, Sherry F. Chancellor, pursuant to 11 U.S.C. § 347, gives notice of the payment to the Clerk, U. S. Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant Name/Address | Dividend |
|---|---|---|
| 07 | New Century Financial Serv.<br>c/o Pressler & Pressler<br>16 Wing Drive, 2nd Floor<br>Cedar Knolls, NJ 07927 | $124.40 |

The check mailed at the above address on March 09, 2010 has neither been returned by the Post Office nor negotiated by the Creditor.

Dated this 22ND day of June, 2010.

    /s/ Sherry F. Chancellor
    Sherry F. Chancellor, Trustee
    619 West Chase Street
    Pensacola, Florida 32502
    (850) 436-8445
    Florida Bar No: 434574

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing notice of payment of unclaimed funds has been furnished electronically or served by U. S. Mail, postage prepaid, upon New Century Financial Serv., c/o Pressler & Pressler, 16 Wing Drive, 2nd Floor, Cedar Knolls, NJ 07927 and Charles Edwards, Office of the U. S. Trustee, 110 E. Park Avenue, #128, Tallahassee, Florida 32301 on this 22ND day of June, 2010.

                                                  /s/ Sherry F. Chancellor
                                                  Sherry F. Chancellor, Trustee